■ In the Matter of JOSE MORRERO, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [668 NYS2d 967] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Knowles v Coombe*, 236 AD2d 659). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN DEYVER, Appellant-Respondent, v BRION TRAVIS, as Chairman of New York State Board of Parole, et al., Respondents-Appellants. [668 NYS2d 966] —Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Sconiers, J.). We add only that the contention of petitioner that the court erred in directing a new hearing rather than restoring him to parole supervision is without merit (*see, People ex rel. Martinez v New York State Bd. of Parole*, 56 NY2d 588; *People ex rel. Mott v Kalamanka*, 112 AD2d 720). (Appeals from Judgment of Supreme Court, Erie County, Sconiers, J.—Habeas Corpus.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.